632

389 A.2d 694

Commonwealth v. Santos, Appellant.

Argued March 15, 1978. Marilyn C. Zilli, Assistant Public Defender, for appellant; Marion E. MacIntyre, Second Assistant District Attorney, with her LeRoy S. Zimmerman, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Judgment of sentence reversed. Case remanded to the court below with directions that defendant be permitted to withdraw his guilty plea.

VAN der VOORT, J., would remand for resentencing.

HESTER, J., dissented.